Shaun H. Crosner (SBN 259065)
scrosner@pasichllp.com
Jacquelyn Mohr (SBN 278337)
jmohr@pasichllp.com
PASICH LLP
1230 Rosecrans Ave., Suite 690
Manhattan Beach, CA 90266
Telephone: (424) 313-7860
Facsimile:  (424) 313-7890

Attorneys for Plaintiffs Stephen Hope,
Outrider Master Fund, L.P, Outrider Management,
LLC, Outrider Onshore, LP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HOPE, an individual, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, et al,<br><br>　　　　　　　　Defendant. | Case No. 3:20-cv-02112-EMC<br>Matter Assigned to Honorable Edward M. Chen<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)**<br><br>Complaint Served: February 27, 2020 |

---

1

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiffs Stephen Hope, Outrider Master Fund, L.P., Outrider Management, LLC, and Outrider Onshore, LLP ("Plaintiffs") dismisses this action in its entirety against Defendants Certain Underwriters at Lloyd's, London Subscribing to Policy No. B1636N181678 and Certain Underwriters at Lloyd's, London Subscribing to Policy No. DFS-0000018-03.  This notice of dismissal is being filed with the Court before either Defendant has filed an answer or a motion for summary judgment.

DATED: June 1, 2020            PASICH LLP

By: _____
Shaun H. Crosner
Jacquelyn Mohr
Attorneys for Plaintiffs STEPHEN HOPE, OUTRIDER MASTER FUND, L.P., OUTRIDER MANAGEMENT, LLC, and OUTRIDER ONSHORE, LP

Dated: 6/3/2020



GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2
**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)**